# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3665

_____

Stephen W. Carlson,             *
                                         *
           Appellant,            *
                                         *
           v.                      *       Appeal from the United States
                                         *       District Court for the
American Express Financial Advisors,    *       District of Minnesota.
Inc., being sued as American Express     *
Financial Advisors; American Express,    *       [UNPUBLISHED]
parent company; Kelly Services,        *
                                         *
           Appellees.           *

_____

Submitted: July 24, 2007
Filed: July 26, 2007

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Stephen Carlson appeals various rulings by the district court[1] culminating in the dismissal with prejudice of his employment lawsuit. Following careful de novo review, we conclude that defendants' motions for summary judgment were properly

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.

granted, and that none of the district court's other rulings were erroneous. Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____